STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 25th day of April, 2008, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO: Rodgers Construction & Home Improvement
    518 North Cascade Street
    New Castle, PA 16101

_____
RICH GAGE

Sworn to before me this
9th day of May, 2008

_____
NOTARY PUBLIC
ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20__