UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE,
as EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA,

08 CV 3799 (SAS)
ECF CASE

**NOTICE OF MOTION**

                                           Plaintiffs,
        -against-

RODGERS CONSTRUCTION & HOME IMPROVEMENT,

                                           Defendant.
-----------------------------------------------------------------X

C O U N S E L :

     PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on May 27, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Shira A Scheindlin, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 15-C, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        May 27, 2008

                                                  Yours, etc.,

                                                  O'DWYER & BERNSTIEN, LLP

By: _____
                                                ANDREW GRABOIS, ESQ.
                                                Attorney for Plaintiffs
                                                52 Duane Street, 5th Floor
                                                New York, New York 10007
                                                (212) 571-7100


TO:    Rodgers Construction & Home Improvement
          518 North Cascade Street
          New Castle, PA 16101