UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J.
FORDE, as EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

08 CV 3799 (SAS)
ECF CASE

**DEFAULT JUDGMENT**

                                    Plaintiffs,

         -against-

RODGERS CONSTRUCTION & HOME IMPROVEMENT,

                                    Defendant.
------------------------------------------------------------------X

         This action having been commenced on April 22, 2008 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant Rodgers

Construction & Home Improvement on April 28, 2008 by delivering one (1) true copy of the same to

the Secretary of the State of New York, pursuant to Section 307(b) of New York Business Corporation

Law, and a proof of service having been filed on May 14, 2008, and by registered mail on April 25,

2008, and proof of service having been filed on May 14, 2008, and the defendant not having answered

the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on May 22, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against

Defendant, pursuant to the arbitration award, in the principal amount of $41,750.22 plus interest of ten

percent (10%) per annum from the date of said award, March 24, 2008, through the date of entry of

this judgment, totaling  1140. 74        , in addition to attorneys' fees and costs in the amount of

$1,887.50 for a total of  44778.46        .


Dated: May 28 2008  June 2, 2008
        New York, New York

_____
Honorable Shira A. Scheindlin
United States District Judge

This document was entered on the docket
on _____.

STATE OF NEW YORK        )
                                          :SS.:
COUNTY OF NEW YORK    )

     IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 28th day of May, 2008, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    Rodgers Construction & Home Improvement.
        518 North Cascade Street
        New Castle, PA 16101

                                                   IAN K. HENDERSON

Sworn to before me this
28th day of May, 2008

NOTARY PUBLIC

**ANDREW GRABOIS**
**Notary Public, State of New York**
**No. 02GR6127051**
**Qualified in New York County**
**Commission Expires May 23, 2009**